UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING LLC,

        Plaintiff,

v.

SHARON G. BINGHAM,

        Defendant,

BANK OF THE WEST,

        Garnishee.

C18-786 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's request for hearing under RCW 6.27.220, docket no. 16, is DEFERRED. The parties are DIRECTED to file, no later than September 6, 2018, any motions for summary judgment addressing whether a trial is necessary to resolve the issues of controversion currently before the Court. *See Sanai v. Sanai*, No. C08-0251-JCC, 2008 WL 4085463, at *2 (W.D. Wash. Aug. 29, 2008). Any motions for summary judgment should be noted and briefed consistent with Local Civil Rule 7(d)(3).

(2) The Joint Memorandum in Support of Affidavit of Garnishee Bank at 11 n.3, docket no. 13, provides

> The basis of the Trustee's exercise of discretion is confidential as to Defendant. It is also beyond the scope of this action or the Court's ancillary jurisdiction. If the Court requires further information regarding

MINUTE ORDER - 1

the Trustee's basis for exercising its uncontrolled discretion, the Trustee will provide information for review *in camera* at the Court's request.

Within seven (7) days of the date of this Minute Order, the trustee of the Fisher Trusts shall provide this information to the Court for in camera review by delivering it to the Clerk's office in an envelope marked "FOR JUDGE ZILLY'S *IN CAMERA* REVIEW; NOT TO BE FILED."

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2