UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING LLC,

    Plaintiff,

v.

SHARON G. BINGHAM,

    Defendant,

BANK OF THE WEST,

    Garnishee.

C18-786 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court RENOTES Plaintiff's *Ex Parte* Motion for Clarification and/or Modification of Order re: In Camera Review, docket no. 23 (the "Motion"), to Friday, August 31, 2018. The Bank of the West and Defendant Sharon G. Bingham may each file a response no later than Wednesday, August 29, 2018, explaining any legal basis for refusing to provide Plaintiff the information described in Paragraph 2 of the Court's August 14, 2018, Minute Order, docket no. 22. Any response shall not exceed ten (10) pages. Plaintiff may file a reply, not to exceed five (5) pages, on or before the new noting date.

(2) The Court STAYS its order directing the Bank of the West to produce information for *in camera* review, docket no. 22, pending further order of the Court.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 21st day of August, 2018.

                                          William M. McCool  
                                          Clerk

                                          s/Karen Dews  
                                          Deputy Clerk

MINUTE ORDER - 2