UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING LLC,

        Plaintiff,

  v.

SHARON G. BINGHAM,

        Defendant,

BANK OF THE WEST,

        Garnishee.

C18-786 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Pursuant to LRC 7(h)(3), the Court requests a response to Garnishee Bank of the West's Motion for Reconsideration, docket no. 42, and Defendant Sharon Bingham's Motion for Reconsideration, docket no. 48. Plaintiff is DIRECTED to file a single response to the motions for reconsideration on or before January 14, 2019. Replies, if any, shall be filed on or before noon on January 18, 2019. The Court renotes both motions to January 18, 2019.

    (2) Garnishee Bank of the West's Motion for Leave to File Over-Length Brief, docket no. 41, is GRANTED.

    (3) Garnishee Bank of the West's Motion for Relief from Deadline, docket no. 47, is GRANTED. The deadline for Garnishee to file an amended answer to the writ of garnishment is stricken and will be reset, if necessary, after the Court rules on the pending Motions for Reconsideration.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk