UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING LLC,

    Plaintiff,

v.

SHARON G. BINGHAM,

    Defendant,

BANK OF THE WEST,

    Garnishee.

C18-786 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Ex Parte Motion to Strike Defendant's Untimely Claim for Exemption, docket no. 53, is DEFERRED. Because the exemption claim and the objection raise identical issues to those raised in pending motions to reconsider the Court's November 21, 2018, Summary Judgment Order, *see* docket nos. 42 & 48, Plaintiff need not notice a hearing on the claimed exemption pursuant to RCW 6.27.160—and Defendant shall not file any additional briefing—unless hereafter ordered by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1