# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHARON G. BINGHAM,<br><br>　　　　　　Defendant,<br><br>BANK OF THE WEST,<br><br>　　　　　　Garnishee. | C18-786 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The Court will hold a hearing regarding Garnishee Bank of the West's Motion for Reconsideration, docket no. 42, Defendant Sharon Bingham's Motion for Reconsideration, docket no. 48, and Plaintiff's Ex Parte Motion to Strike Defendant's Untimely Claim for Exemption, docket no. 53, at 10:00 a.m. on Tuesday, February 5, 2019.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of January, 2019.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1