1

2

3

4

5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7    LVB-OGDEN MARKETING LLC,

8                          Plaintiff,

9          v.
                                              C18-786 TSZ
10   SHARON G. BINGHAM,
                                              MINUTE ORDER
11                         Defendant

12   BANK OF THE WEST,

13                         Garnishee.

14       The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:
15

16       (1)    Plaintiff's Ex Parte Motion to Preserve Freeze and Status Quo Pending
     Appeal, docket no. 65, is DENIED.

17              (a)     The Court lacks jurisdiction over the garnishment action and the
         Fisher Trusts due to Plaintiff's filing of a notice of appeal.  Docket no. 66; s*ee also*
18       *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing
         of a notice of appeal is an event of jurisdictional significance—it confers
19       jurisdiction on the court of appeals and divests the district court of its control over
         those aspects of the case involved in the appeal").
20
                (b)     Even if the Court retained jurisdiction over Plaintiff's motion, the
21       Court previously denied Plaintiff's oral request to freeze the Fisher Trust assets
         during a hearing on Wednesday, February 27, 2019.  Plaintiff's motion is therefore
22

23

MINUTE ORDER - 1

a motion for reconsideration, which the Court would deny if it possessed jurisdiction over the matter.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of March, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2